UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

      Plaintiff,

  v.

D. KAISER, et al.,

      Defendants.

No. 2:14-cv-1218 MCE CKD P

ORDER

Plaintiff is a California prisoner proceeding pro se. He has filed a complaint asserting claims under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis.

Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

/////

/////

/////

/////

/////

Plaintiff has had at least three actions dismissed for failure to state a claim in this court: 1:01-cv-6222 REC HGB P; 1:01-cv-6151 REC LJO P; 1:01-cv-5891 AWI SMS P.[1] Plaintiff was first declared a "three strikes" litigant in 2004.[2]

In his complaint, plaintiff alleges that he is poisoned through the food he is given on a daily basis. Because plaintiff fails to present any evidence of this other than his own statement and because it is simply not plausible that plaintiff is being poisoned every day, plaintiff fails to show he is under imminent danger of serious physical harm. See Andrews v. Cervantes, 493 F.3d 1047, 1055 (9th Cir. 2007) (section 1915(g) imminent danger exception applies where complaint makes a "plausible" allegation that prisoner faced imminent danger of serious physical harm at the time of filing).

For these reasons, plaintiff's request to proceed in forma pauperis will be denied. Plaintiff will be given 30 days within which to pay the filing fee for this action. If plaintiff fails to submit the filing fee within 30 days, this court will recommend that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 9) is denied; and

2. Plaintiff shall pay the $400 filing fee for this action within 30 days. Failure to pay the filing fee within 30 days will result in a recommendation that is action be dismissed without prejudice

Dated: October 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1218.3ks

---

[1] Plaintiff has filed approximately 57 actions in this court.

[2] 1:03-cv-6770 REC WMW P.

2