UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. KAISER, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-1218 MCE CKD P<br><br><br><br>ORDER |

Plaintiff has requested that this action be stayed until United States District Court for the Southern District of California case no. 3:12-cv-001113 BTM RBB has settled.  Plaintiff asserts she plans on using proceedings from settlement in that case to pay the outstanding filing fee in this case.  Because it is not clear if or when that case will settle and not clear that proceeds from settlement would be sufficient to cover the filing fee in this action, plaintiff's motion for a stay (ECF No. 17) is denied.

Dated:  February 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
Will1218.36(3)